IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

FREDERICK A. PUENT,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

13-cv-52-wmc

v.

CROELL REDI-MIX, INC.,
DAN VANDOORHEES and
BILL WEDEPHAL,

    Defendants.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

    (1) denying plaintiff Frederick A. Puent leave to proceed and dismissing his claims against Dan Vandoorhees and Bill Wedephal; and

    (2) granting summary judgment in favor of Croell Redi-Mix, Inc. and dismissing this case.

| /s/ | 2/1/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |